# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| ROBERT A. COX | Case No. 16-22412CMB |
| RAQUEL COX | |
|     Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
|     Movant | |
|     vs. | Document No __ |
| DITECH FINANCIAL LLC | |
|     Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 7034.

Regular mortgage payments are currently being directed to the following creditor at the following address:

> DITECH FINANCIAL LLC
> 345 SAINT PETER ST
> SAINT PAUL,MN 55102

Movant has been requested to send payments to:
> RUSHMORE LOAN MANAGEMENT SERVICES, LLC
> PO BOX 514707
> LOS ANGELES, CA 90051-4707

> 7034

The Chapter 13 Trustee's CID Records of DITECH FINANCIAL LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 11/8/2016.

|  |  |
|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel |

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ROBERT A. COX, RAQUEL COX, 1736 BERYL DRIVE, PITTSBURGH, PA 15227

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA 15219

ORIGINAL CREDITOR:
DITECH FINANCIAL LLC, 345 SAINT PETER ST, SAINT PAUL, MN 55102

NEW CREDITOR:
RUSHMORE LOAN MANAGEMENT SERVICES, LLC
PO BOX 514707
LOS ANGELES, CA 90051-4707