# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT A. COX
RAQUEL COX

       Debtor(s)

Case No. 16-22412CMB

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

       Movant

Chapter 13

       vs.

CITIZENS BANK NA

Document No __

    Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 0304.

Regular mortgage payments are currently being directed to the following creditor at the following address:

CITIZENS BANK NA
C/O DITECH FINANCIAL LLC - SVCR
PO BOX 0049
PALATINE,IL 60055

Movant has been requested to send payments to:

RUSHMORE LOAN MANAGEMENT SERVICES, LLC
PO BOX 514707
LOS ANGELES, CA 90051-4707

0304

The Chapter 13 Trustee's CID Records of CITIZENS BANK NA have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 2/24/2017.

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:    Debtor
       Original creditor
       Putative creditor
       Debtor's Counsel

DEBTOR(S):
ROBERT A. COX, RAQUEL COX, 1736
BERYL DRIVE, PITTSBURGH, PA
15227

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET
ST STE 5000, PHILADELPHIA, PA
19106

:
DITECH FINANCIAL LLC, 2100 EAST
ELLIOT RD BLDG 94 T-120, TEMPE,
AZ  85284

NEW CREDITOR:
RUSHMORE LOAN MANAGEMENT
SERVICES, LLC
PO BOX 514707
LOS ANGELES, CA 90051-4707

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL &
STEINBERG, 707 GRANT ST STE
2830, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
CITIZENS BANK NA, C/O DITECH
FINANCIAL LLC - SVCR, PO BOX
0049, PALATINE, IL  60055