IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Robert A. Cox | ) | |
| Raquel Cox, | ) | Case No. 16-22412-CMB |
|     *Debtor(s)* | ) | Chapter 13 |
| | ) | |
| Robert A. Cox, | ) | Related to Document No. 48 |
| Social Security No. XXX-XX-1622 | ) | |
|     *Movant* | ) | |
| | ) | |
|     *vs.* | ) | |
| | ) | |
| Port Authority of Allegheny County and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     *Respondent(s)* | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 21, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Robert A. Cox
1736 Beryl Drive
Pittsburgh, PA 15227

Port Authority of Allegheny County
Attn: Payroll Dept.
345 Sixth Avenue
Pittsburgh, PA 15222

Date of Service:    May 21, 2019    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 34965