**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                             CASE NO.: 16-22412-CMB
                                                                      CHAPTER 13

Robert A. Cox,
   Debtor,

Raquel Cox,
   fka Racquel Miliauckas
    Joint Debtor.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 24, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

KENNETH STEIDL
STEIDL & STEINBERG
707 GRANT STREET  SUITE 2830 GULF TOWER
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

ROBERT A. COX
1736 BERYL DRIVE
PITTSBURGH, PA 15227

RAQUEL COX
1736 BERYL DRIVE
PITTSBURGH, PA 15227

                                            ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC
                                            Authorized Agent for Secured Creditor
                                            10700 Abbott's Bridge Road, Suite 170
                                            Duluth, GA 30097
                                            Telephone: 470-321-7112
                                            Facsimile: 404-393-1425

                                            By: /s/ Giselle Velez

Giselle Velez, Esquire
Email: gvelez@rasflaw.com