# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT A. COX<br>RAQUEL COX<br>    Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>    Movant<br>  vs.<br>CITIZENS BANK NA**++<br>    Respondents | Case No. 16-22412CMB<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 0304.

Regular mortgage payments are currently being directed to the following creditor at the following address:

CITIZENS BANK NA**++
C/O DITECH FINANCIAL LLC(*)++
ATTENTION: BK CASH MANAGEMENT - FLOOR 22, J253
301 W BAY STREET
JACKSONVILLE,FL 32202

Movant has been requested to send payments to:
SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC 29603-0826

0304

The Chapter 13 Trustee's CID Records of CITIZENS BANK NA**++ have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 10/15/2020.

|  |  | /s/ Ronda J. Winnecour |
|---|---|---|
| cc: | Debtor | RONDA J WINNECOUR PA ID #30399 |
|  | Original creditor | CHAPTER 13 TRUSTEE WD PA |
|  | Putative creditor | 600 GRANT STREET |
|  | Debtor's Counsel | SUITE 3250 US STEEL TWR |
|  |  | PITTSBURGH, PA  15219 |
|  |  | (412) 471-5566 |
|  |  | cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>ROBERT A. COX, RAQUEL COX, 1736 BERYL DRIVE, PITTSBURGH, PA 15227 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA 19106 | :<br>BONIAL & ASSOCIATES PC, PO BOX 9013, ADDISON, TX  75001 |
| ORIGINAL CREDITOR:<br>CITIZENS BANK NA**++, C/O DITECH FINANCIAL LLC(*)++, ATTENTION: BK CASH MANAGEMENT - FLOOR 22, J253, 301 W BAY STREET, JACKSONVILLE, FL  32202 | |
| NEW CREDITOR:<br>SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | |