**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  ROBERT A. COX<br>RAQUEL COX<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  ROBERT A. COX<br>RAQUEL COX<br><br>      Respondents | Case No. 16-22412CMB<br><br>Chapter 13<br><br>Document No. 57 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __6th__ day of __November__, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Port Authority Alleg County*
> Attn: Payroll Manager
> 345 6Th Ave 5Th Fl *
> Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of ROBERT A. COX, social security number XXX-XX-1622. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT A. COX.

*Carlota M. Böhm*
dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
11/6/20 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-22412-CMB
Robert A. Cox Chapter 13
Raquel Cox
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 2
Date Rcvd: Nov 06, 2020     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert A. Cox, Raquel Cox, 1736 Beryl Drive, Pittsburgh, PA 15227-3711 |
| | + Port Authority Allegheny County, atten: Payroll, 345 6th Ave. , 5th Fl., Pittsburgh, PA 15222-2541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com |
| Kenneth Steidl | on behalf of Debtor Robert A. Cox julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | |

| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Joint Debtor Raquel Cox julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Laura McCurdy

on behalf of Creditor Baldwin Whitehall School District C/O Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8