Navient Solutions, LLC.
220 Lasley Avenue
Hanover Industrial Estates
Wilkes-Barre, PA  18706

# Navient Solutions, LLC.

February 3, 2021

RE: Case No:  16-22412

Name:   Robert A Cox

Bankruptcy Court Clerk:

Please withdraw the Proof of Claim #7 for the above-named case, which was signed and sent to the court by Navient Solutions, LLC.  The Proof of Claim was submitted in error.

Any Questions concerning this matter may be directed to the Centralized Bankruptcy at 1-800-251-4127

Sincerely,

/s/Jennifer Musial
Bankruptcy Analyst