**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ROBERT A. COX
RAQUEL COX

    Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

    Movant

    vs.

CITIZENS BANK NA**++

    Respondents

Case No. 16-22412CMB

Chapter 13

Document No __

## NOTICE OF FUNDS ON RESERVE

    The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE PAID IN FULL to be issued in this case and relating to Debtor's account number 0304.

    Regular mortgage payments are currently being directed to the following creditor at the following address:

CITIZENS BANK NA**++
C/O DITECH FINANCIAL LLC(*)++
ATTENTION: BK CASH MANAGEMENT - FLOOR 22, J253
301 W BAY STREET
JACKSONVILLE,FL 32202

  Movant has been requested to send payments to:
RUSHMORE LOAN MANAGEMENT SERVICES LLC
PO BOX 514707
LOS ANGELES CA 90051-4707

50387034

    The Chapter 13 Trustee's CID Records of CITIZENS BANK NA**++ have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

    The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 2/3/2021.

|  |  |  |
|---|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
ROBERT A. COX, RAQUEL COX, 1736 BERYL DRIVE, PITTSBURGH, PA 15227

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA 19106

ORIGINAL CREDITOR:
CITIZENS BANK NA**++, C/O DITECH FINANCIAL LLC(*)++, ATTENTION: BK CASH MANAGEMENT - FLOOR 22, J253, 301 W BAY STREET, JACKSONVILLE, FL  32202

NEW CREDITOR:
RUSHMORE LOAN MANAGEMENT SERVICES LLC
PO BOX 514707
LOS ANGELES CA 90051-4707

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219

:
BONIAL & ASSOCIATES PC, PO BOX 9013, ADDISON, TX  75001