IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 16-22412-CMB |
| Robert A. Cox ) | Chapter 13 |
| Raquel Cox ) | |
| Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| Citizens Bank NA ) | |
| ) | |
| Respondent(s) ) | |

## WITHDRAWAL OF NOTICE OF FUNDS ON RESERVE

The Notice of Funds on Reserve that was filed in the above-referenced case on February 3, 2021 (document #62) is hereby WITHDRAWN.

Respectfully submitted

2/3/2021

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 16-22412-CMB |
| Robert A. Cox ) | Chapter 13 |
| Raquel Cox ) | |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| Citizens Bank NA ) | |
| ) | |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Robert and Raquel Cox
1736 Beryl Drive
Pittsburgh, PA  15227

Kenneth Steidl, Esquire
Steidl & Steingberg
707 Grant Street, Suite 2830
Pittsburgh, PA  15219

KML Law Group PC
701 Market Street, Suite 5000
Philadelphia, PA  19106

Bonial & Associates PC
PO Box 9013
Addison, TX  75001

Citizens Bank NA
c/o Ditech Financial LLC
Attention:  BK Cash Management
Floor 22, J253
301 W. Bay Street
Jacksonville, FL  32202

Rushmore Loan Management Services, LLC
PO Box 514707
Los Angeles, CA  90051-4707


<u>2/3/21</u>                                                                              <u>/s/ Susan Legler</u>
Date                                                                                     Office of the Chapter 13 Trustee
                                                                                         US Steel Tower – Suite 3250
                                                                                         600 Grant Street
                                                                                         Pittsburgh, PA  15219
                                                                                         (412) 471-5566