## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT A. COX
RAQUEL COX

     Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

     Movant

     vs.

CITIZENS BANK NA**++

     Respondents

Case No. 16-22412CMB

Chapter 13

Document No __

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE PAID IN FULL to be issued in this case and relating to Debtor's account number 0304.

Regular mortgage payments are currently being directed to the following creditor at the following address:

CITIZENS BANK NA**++
C/O DITECH FINANCIAL LLC(*)++
ATTENTION: BK CASH MANAGEMENT - FLOOR 22, J253
301 W BAY STREET
JACKSONVILLE,FL 32202

Movant has been requested to send payments to:
SHELLPOINT MORTGAGE SERVICING
PO BOX 539766
CINCINNATI OH 45263-9766

The Chapter 13 Trustee's CID Records of CITIZENS BANK NA**++ have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 2/3/2021.

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:      Debtor
         Original creditor
         Putative creditor
         Debtor's Counsel

DEBTOR(S):
ROBERT A. COX, RAQUEL COX, 1736
BERYL DRIVE, PITTSBURGH, PA
15227

:
SHELLPOINT MORTGAGE
SERVICING, PO BOX 10826,
GREENVILLE, SC  29603-0826

ORIGINAL CREDITOR:
CITIZENS BANK NA**++, C/O DITECH
FINANCIAL LLC(*)++, ATTENTION: BK
CASH MANAGEMENT - FLOOR 22,
J253, 301 W BAY STREET,
JACKSONVILLE, FL  32202

NEW CREDITOR:
SHELLPOINT MORTGAGE SERVICING
PO BOX 539766
CINCINNATI OH 45263-9766

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL &
STEINBERG, 707 GRANT ST STE
2830, PITTSBURGH, PA  15219

ORIGINAL CREDITOR'S COUNSEL:
BONIAL & ASSOCIATES PC, PO BOX
9013, ADDISON, TX  75001