IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-22412 CMB |
| | ) | Chapter 13 |
| Robert A. Cox, | ) | |
| Raquel Cox, | ) | |
|    *Debtors* | ) | Related to Docket No. 72 |
| | ) | |
| Robert A. Cox, | ) | |
| Raquel Cox, | ) | |
|    *Movants* | ) | Related to Claim No. 6 & 7 |
| | ) | |
| vs. | ) | |
| | ) | |
| Navient CFC & Navient Solutions LLC, | ) | |
|    *Respondent* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on March 22, 2021, a true and correct copy of the Notice of Hearing with Response date, *with a copy of the Omnibus Objection To Late Claims Filed By Respondent* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Navient CFC
c/o Navient Solutions, LLC
Po Box 9640
Wilkes-Barre, PA 18773-9640

Navient Solutions, LLC
Attn: Debbie Francis, Loan Servicing Specialist III
220 Lasley Ave.
Wilkes-Barre, PA 18706

Robert & Raquel Cox
1736 Beryl Drive
Pittsburgh, PA 15227

**Served by CM/ECF:** Ronda J. Winnecour, Trustee
**Served by CM/ECF:** Office of the United States Trustee


Date of Service: March 23, 2021

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965