| Fill in this information to identify the case: | |
|---|---|
| Debtor1 | Robert A. Cox |
| Debtor 2 (Spouse, if filing) | Raquel Cox |

United States Bankruptcy Court for the : <u>WESTERN</u> District of <u>Pennsylvania</u>
(State)

Case number <u>16-22412</u>

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: <u>WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST</u>

Court claim no. (if known): <u>3</u>

Last 4 digits of any number you use to identify the debtor's account: <u>2863</u>

Property address: <u>1736 BERYL DRIVE</u>
Number    Street

<u>PITTSBURGH, PA 15227</u>
City              State        ZIP Code

### Part 2: Prepetition Default Payments

Check one:

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $_____

### Part 3: Postpetition Mortgage

Check one:

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    12/1/2020
                                                                MM/DD/YYYY

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                               (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:        + (b) $_____
c. Total. Add lines a and b.                                              (c) $_____
Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:
                                                       MM/ DD/ YYYY

Form 4100R            Response to Notice of Final Cure Payment            page 1

| Debtor 1 | Robert A. Cox | | | Case number (if known) | 16-22412 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Charles G. Wohlrab      Date 06/16/2021
   Signature

Print    Charles G. Wohlrab, Esq.                    Title  Authorized Agent
         First Name    Middle Name    Last Name

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  130 Clinton Rd #202
         Number        Street

         Fairfield, NJ 7004
         City          State          ZIP Code

Contact  470-321-7112                              Email  cwohlrab@raslg.com

Form 4100R                 Response to Notice of Final Cure Payment                page 2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Robert A. Cox
1736 Beryl Drive
Pittsburgh, PA 15227

Raquel Cox
fka Racquel Miliauckas
1736 Beryl Drive
Pittsburgh, PA 15227

And via electronic mail to:

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

> By: /s/ Michelle Zavitz
> Michelle Zavitz
> Email: mzavitz@raslg.com