Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert A. Cox**
**Raquel Cox**
**fka Racquel Miliauckas**
  Debtor(s)

Bankruptcy Case No.: 16−22412−CMB

Chapter: 13
Docket No.: 89 − 88

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 25th of June, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/19/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/14/21 at 03:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/19/21.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-22412-CMB
Robert A. Cox Chapter 13
Raquel Cox
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 2
Date Rcvd: Jun 25, 2021     Form ID: 408v     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert A. Cox, Raquel Cox, 1736 Beryl Drive, Pittsburgh, PA 15227-3711 |
| cr | + | Baldwin Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| cr | + | Baldwin Whitehall School District C/O Weiss Burkar, 445 Fort Pitt Blvd, Suite 503, Pittsburgh, PA 15219-1308 |
| 14288287 | + | Borough of Baldwin Sewage Billing, Legal Tax Services Inc., PO Box 10020, Pittsburgh PA 15236-6020 |
| 14253117 | | Ditech Financial, 345 St. Peter Street, 1100 Landmark Towers, Saint Paul, MN 55102 |
| 14253119 | + | Ditech Finanical, c/o KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14335780 | + | U.S. Department of Education, P.O. Box 16448, Saint Paul, MN 55116-0448 |
| 14253121 | + | US Department of Education, P.O. Box 530260, Atlanta, GA 30353-0260 |
| 15257752 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: pa_dc_claims@navient.com | Jun 25 2021 23:28:31 | Navient Solutions, LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 14253120 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 25 2021 23:31:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 14327029 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 25 2021 23:31:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14913154 | | Email/PDF: pa_dc_claims@navient.com | Jun 25 2021 23:29:07 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 14328333 | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 14253118 | ## | Ditech Financial, 7360 South Kyrene Road, Tempe, AZ 85283-4583 |
| 14315768 | ##+ | Ditech Financial LLC, 2100 East Elliot Rd., Bldg. 94, Department T-120, Tempe, AZ 85284-1806 |

TOTAL: 3 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 25, 2021 | Form ID: 408v | Total Noticed: 13 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2021             Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| Gerik Jenco | on behalf of Creditor Baldwin Borough gjenco@ltsagency.com |
| Joshua I. Goldman | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Kenneth Steidl | on behalf of Debtor Robert A. Cox julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Raquel Cox julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Laura McCurdy | on behalf of Creditor Baldwin Whitehall School District C/O Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust smncina@rascrane.com |

TOTAL: 11