IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                      )
                                            )   Case No. 16-22412 CMB
    Robert A. Cox                      )   Chapter 13
    Raquel Cox,                         )   Docket No.
        *Debtors*                   )
                                            )
                                            )
    Robert A. Cox                      )
    Raquel Cox,                         )
        *Movants*                   )
                                            )
*No Respondent(s)*                          )

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On May 12, 2021 at docket numbers 81 and 82 the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

<u>July 17, 2021</u>                                    <u>/s/ Robert A. Cox</u>
Date                                                   Debtor


<u>July 17, 2021</u>                                    <u>/s/ Raquel A. Cox</u>
Date                                                   Debtor

Respectfully submitted,

August 5, 2021 　　　　　　　　　　　　　　　/s/ Kenneth Steidl
DATE 　　　　　　　　　　　　　　　　　　　Kenneth Steidl, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor

　　　　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　　　Suite 2830, Gulf Tower
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　　　　ken.steidl@steidl-steinberg.com
　　　　　　　　　　　　　　　　　　　　　PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**